

## GRAHAM CURTIN
### A Professional Association

LOREN L. SPEZIALE
Direct Dial 973-401-7142
lspeziale@GrahamCurtin.com

June 16, 2009

**VIA FACSIMILE – (609)989-0435**
Honorable Tonianne J. Bongiovanni
United States Magistrate Judge
U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

RECEIVED

JUN 16 2009
AT 8:30
WILLIAM T. WALSH —M
CLERK

    Re:    Roggio v. Anthony Emmanouil, et al.
           Docket No.: 06-1068 (FLW)
           Our File No.: 4224-39

Dear Judge Bongiovanni:

        This firm represents defendant Concepcion, Rojas & Santos, LLP ("CRS") in the above-referenced matter. In furtherance of Your Honor's directive during the June 2, 2009 telephone conference, please be advised that this office has retained the accounting firm of McEnerney, Brady & Company, LLC in connection with the above-referenced matter. It is anticipated that it will take approximately five weeks for McEnerney, Brady & Company, LLC to complete its review of the financial information and spreadsheet produced by plaintiff Vincent Roggio and to prepare a report in response thereto. By copy of this letter, I have advised all counsel of record of this retention as well as the timeframe for completion of the accounting.

        We thank Your Honor for your consideration of and attention to this matter.

*Within 10 days of production of the report, the parties are to advise this Court of any remaining discovery needs/issues.*

Respectfully submitted,

Loren Speziale

LOREN L. SPEZIALE

cc:    Harold Goldman, Esq. (via facsimile)
        Louis A. Modugno, Esq. (via facsimile)
        Carlos Concepcion, Esq.
        Jose Rojas, Esq.

So Ordered this 16 day of June, 20 09

816207_1